THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAMUEL L. HODGES, Also Known as COUNTRY, Appellant. [925 NYS2d 364]—Appeal from a judgment of the Supreme Court, Erie County (John L. Michalski, A.J.), rendered June 25, 2009. The judgment convicted defendant, upon his plea of guilty, of rape in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Fahey, Carni, Sconiers and Green, JJ.